**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
<u>     Norfolk     </u> Division

In re    Ramos, Otto Joel
         Ramos, Nancy Joan

Case No.    11-74207-FJS

Chapter

Debtor(s)

**NOTICE OF HEARING**

**TO:**    ALL CREDITORS AND PARTIES IN INTEREST ON THE ATTACHED EXHIBIT "A".

On <u>October 5, 2011</u>, <u>Debtors, Otto Joel Ramos and Nancy Joan Ramos</u> filed with the Court a Motion to Extend the Automatic Stay Pursuant to 11 U.S.C. Section 362(c)(3)(B).

NOTICE IS HEREBY GIVEN that a hearing to consider and act upon said matter will be held at:

**Judge Santoro's Chambers, 600 Granby St., 4th Floor, Norfolk, VA 23510**

Date:    **November 1, 2011**

Time:    **10:30 a.m.**

Date:    10/7/2011

NOTICE GIVEN BY:

/s/ Timolyn Whitney Tillman

Attorney for the Debtors

Address:    Liberty Law Group, P.C.
            One Columbus Center, Ste. 600
            Virginia Beach, VA 23462

State Bar Number *[if applicable]*:    40248
Telephone Number:    757-333-0599

## PROOF OF SERVICE

   I hereby certify that I have this 7th day of October, 2011 mailed or electronically served a true copy of the foregoing Notice of Hearing to the creditors and parties in interest on the attached service list marked as Exhibit "A".

                                            /s/ Timothy Whitney Tillman, Esq.
                                                          Counsel

Date:  10/07/2011

[ver. 09/08]

Exhibit "A"

United States Bankruptcy Court
600 Granby St., Room 400
Norfolk, VA 23510-1915

Absolute Collection Svc.
421 Fayettevill St. Mall, 600
Raleigh, NC 27601-1777

Allied Cash Advance
5480 Va Beach Blvd, #102
Va Beach, VA  23462-1760

B-Line, LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221

(p)BB AND T
PO BOX 1847
WILSON NC 27894-1847

Bank of America
2727 S 48th St
Tempe, AZ 85282-3184

Broadview Security
POB 660418
Dallas, TX 75266-0418

Buckeye Title Loans
Indian River Road
Virginia Beach, VA  23464

Check Into Cash
1309 Fordham Dr, #104
Virginia Beach, VA 23464-5346

Collectech Systems
POB 660418
Dallas, TX 75266-0418

Cox Cable
C/O Equidata
POB 6610
Newport News, VA 23606-0610

EMC Mortgage Corporation
P. O. Box 293150
Lewisvile, TX 75029-3150

IC System
POB 64437
St Paul, MN 55164-0437

JB Robinson
POB 740425
Cincinnati, OH 45274-0425

Professional Recovery Consult.
2700 Meridian Pky., #200
Durham, NC 27713-2450

Roundup Funding
MS 550
P. O. Box 91121
Seattle, WA 98111-9221

Sears
POB 183081
Columbus, OH 43218-3081

Sentara Collections
POB 79698
Baltimore, MD  21279-0698

Sprint
POB 105243
Atlanta, GA 30348-5243

Stallings & Bischoff PC
2101 Parks Ave. $801
Va. Beach, VA 23451-4160

Verizon
P. O. Box 3037
Bloomington, IL 61702-3037

Verizon Wireless
P. O. Box 3397
Bloomington, IL 61702-3397

(p)WACHOVIA DEALER SERVICES INC
BK DEPARTMENT
PO BOX 19657
IRVINE CA 92623-9657

Nancy Joan Ramos
2000 Waymart Court
Virginia Beach, VA 23464-8695

Otto Joel Ramos
2000 Waymart Court
Virginia Beach, VA 23464-8695

R. Clinton Stackhouse Jr.
Chapter 12/13 Trustee
870 Greenbrier Circle, Suite 200
Chesapeake, VA 23320-2641

Timolyn Whitney Tillman
Liberty Law Clinic, PC
One Columbus Center
Suite 600
Virginia Beach, VA 23462-6760